UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON KEEN,<br><br>            Plaintiff,<br><br>    v.<br><br>CROSS, *et al.*,<br><br>            Defendants. | Case No. 2:24-cv-00299-JDP (PC)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 22 |

Plaintiff has filed a motion for 90-day extension of time to retain an attorney; however, he does not identify the specific deadline he seeks to extend.

Accordingly, it is hereby ordered that plaintiff's motion for an extension of time, ECF No. 22, is denied without prejudice.

IT IS SO ORDERED.

Dated:   September 6, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE