1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRANDON KEEN,** | Case No. 2:24-cv-00299-JDP |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING DEFENDANTS' MOTION FOR WAIVER OF APPEARANCE AT SETTLEMENT CONFERENCE |
| v. | |
| **A. CROSS, et al.,** | |
| Defendants. | |

    Plaintiff Brandon Keen (Plaintiff), a California incarcerated person proceeding *pro se*, brings this civil rights action against Defendants A. Cross and S. Wallace (collectively, Defendants). Doc. Nos. 1, 7. Magistrate Judge Chi Soo Kim has set a Settlement Conference for January 8, 2025 at 10:00 A.M. via Zoom videoconference. Doc. No. 25. Pursuant to the Court's October 1, 2024 Minute Order (Doc. No. 25) and Civil Standing Orders § III(B), and in anticipation of the Settlement Conference, Defendants move for a waiver of appearance at the Settlement Conference.

/ / /
/ / /
/ / /
/ / /

1   Good cause appearing, the Court **GRANTS** Defendants' motion and **EXCUSES** individual
2   Defendants Cross and Wallace from attending the January 8, 2025 Settlement Conference.
3   **IT IS SO ORDERED**.

5   Dated:   December 26, 2024

    _____
    The Honorable Chi Soo Kim
    United States Magistrate Judge