UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON KEEN, | Case No. 2:24-cv-0299-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| CROSS, *et al.*, | |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to secure counsel. ECF No. 36. Defendants oppose plaintiff's motion. ECF No. 37. Plaintiff, however, does not identify the specific deadline he seeks to extend. His motion is denied without prejudice.

Accordingly, it is hereby ORDERED that plaintiff's motion for an extension of time, ECF No. 36, is DENIED.

IT IS SO ORDERED.

Dated:   April 22, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE